EUGENE RAU, Respondent, *v.* WESTCHESTER FIRE INSURANCE COMPANY, Appellant.

*Rau* v. *Westchester Fire Ins. Co.*, 50 App. Div. 428, affirmed.
(Argued October 28, 1901; decided November 12, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 21, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles A. Runk* for appellant.

*Joseph A. Arnold* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

---

HARVEY JOYCE, Appellant, *v.* THE ROME, WATERTOWN AND OGDENSBURG RAILROAD COMPANY, Respondent.

*Joyce* v. *Rome, Watertown & O. R. R. Co.*, 92 Hun, 107, affirmed.
(Argued October 28, 1901; decided November 12, 1901.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fourth judicial department, entered January 10, 1896, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*J. W. Shea* for appellant.

*Henry Purcell* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.